UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LUIS ALBERTO VALENZUELA HARO,<br><br>                Defendant. | Case No. MJ22-519<br><br>DETENTION ORDER |

Mr. Valenzuela Haro is charged with possession of controlled substances with intent to distribute, 21 U.S.C. § 841(a)(1)(A). The Court held a detention hearing on October 25, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Valenzuela Haro stipulated to detention.

3. Mr. Valenzuela Haro poses a risk of nonappearance due to undergoing removal proceedings. In addition, he was not interviewed so his background and ties to this district are unknown. Mr. Valenzuela Haro poses a risk of danger due to the nature of the instant offense and a history of weapons use. Based on these findings, and

for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Valenzuela Haro's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Valenzuela Haro as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Valenzuela Haro shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Valenzuela Haro shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Valenzuela Haro is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Valenzuela Haro, to the United States Marshal, and to the United

\\
\\
\\

DETENTION ORDER - 2

States Pretrial Services Officer.

Dated this 25th day of October, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3